# PELTON GRAHAM LLC

111 BROADWAY, SUITE 1503, NEW YORK, NEW YORK 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**TAYLOR B. GRAHAM, ESQ.**　　　　　　　　　　　　　　　　　　　　　　　DECEMBER 12, 2018
GRAHAM@PELTONGRAHAM.COM

**VIA ECF**

Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　*Murillo Rivas v. Beauty Sleep, Inc. et al.*
　　　　　　**Civil Action No. 18 Civ. 4060 (KAM) (SMG)**

Dear Judge Gold:

　　　This office represents the in the above-referenced matter. This letter is submitted jointly with counsel for defendants, to provide additional information regarding defendants' ability to pay and to submit a revised Settlement Agreement, in accordance with Your Honor's direction on the December 6, 2018 telephone conference. (*See* Dkt. No. 19).

**Defendants' Ability to Pay**

　　　During the December 6, 2018 telephone conference, in support of the parties' assertion that the defendants are not in a financial position to satisfy a large judgment, plaintiff's counsel indicated that his understanding based on research was that the individual defendant, Ahmad Schuaib ("Schuaib"), owned an apartment that he had recently purchased but with a substantial mortgage. After the telephone conference, plaintiff's counsel reviewed the research regarding Schuaib's assets and found that he does not in fact own any real property, but rents his apartment. Plaintiff's counsel had confused Schuaib's asset search with that of a defendant in an unrelated matter and therefore mistakenly misrepresented the assets of Schuaib to the Court.

　　　Counsel for defendants has confirmed that Beauty Sleep Inc. – plaintiff's former employer – is no longer in operation and that Schuaib is not an owner of Mattress Direct Incorporated but is only an employee of that entity from which he receives a modest salary.[1]

---

[1] Counsel for defendants shared Schuaib's annual salary amount with plaintiff's counsel. Based on this information and the lack of any tangible assets, Plaintiff's counsel is satisfied that Defendants would be unable to pay a substantial judgment if one were obtained against Defendants.

Hon. Steven M. Gold
Page **2** of **2**

**Revisions to the Settlement Agreement**

The revised Settlement Agreement, attached hereto as Exhibit A, was modified in accordance with Your Honor's direction. Specifically, the parties revised the agreement to make clear that, among other things: (i) the settlement amount does not equal plaintiff's alleged damages but rather is being paid in consideration for such damages; (ii) the release is limited to the claims brought in the lawsuit; and (iii) plaintiff would be in breach of the agreement if she brought a lawsuit in the future alleging that she is owed unpaid wages from her employment with defendants. We have also included Exhibit B to the agreement – the Confession of Judgment – which was unintentionally omitted from the prior version that was filed with the Court.[2]

\*   \*   \*   \*   \*

Given the defendants' financial condition set forth above, as well as the reasons set forth in the parties' Motion for Approval of the Settlement (Dkt. No. 16), the parties believe that the settlement is completely fair, reasonable, and adequate to the plaintiff and respectfully request that the Court approve the Agreement.

We appreciate Your Honor's attention to this matter. Please contact the undersigned counsel for the parties should you have any questions regarding this submission.

Respectfully submitted,

| **PELTON GRAHAM LLC** | **FEATHER LAW FIRM, P.C.** |
|---|---|
| By: _/s/_ | By: _/s/_ |
| Brent E. Pelton | David S. Feather |
| Taylor B. Graham | 666 Old Country Road, Suite 605 |
| 111 Broadway, Suite 1503 | Garden City, NY 11530 |
| New York, NY 10006 | Telephone: (516) 745-9000 |
| Telephone: (716) 881-4902 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Enclosures

---

[2] The Plaintiff was unable to sign the revised agreement by today's deadline. We anticipate that Plaintiff will be signing the agreement on Friday, December 14, 2018 after which we will file the fully-executed agreement with the Court.