

# PELTON GRAHAM LLC

111 B%%ROADWAY%%, S%%UITE%% 1503, N%%EW%% Y%%ORK%%, N%%EW%% Y%%ORK%% 10006
T 212.385.9700 ‖ F 212.385.0800 ‖ WWW.PELTONGRAHAM.COM

**TAYLOR B. GRAHAM, ESQ.**  DECEMBER 17, 2018
GRAHAM@PELTONGRAHAM.COM

**VIA ECF**

Honorable Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Murillo Rivas v. Beauty Sleep, Inc. et al.*
               **Civil Action No. 18 Civ. 4060 (KAM) (SMG)**

Dear Judge Gold:

    This office represents the plaintiff in the above-referenced matter. Enclosed please find the fully-executed revised Settlement Agreement for Your Honor's review and consideration. A copy of the agreement with only defendants' signatures was submitted to the Court via ECF on December 12, 2018. (Dkt. No. 20).

    We appreciate Your Honor's attention to this matter. Please contact the undersigned counsel for the parties should you have any questions regarding this submission.

                            Respectfully submitted,

                            */s/ Taylor B. Graham*

                            Taylor B. Graham, Esq. of
                            PELTON GRAHAM LLC

Enclosure

cc:    All counsel (via ECF)